# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2007

134327

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE XAVION JASHON PEOPLES and
JAIYA MICHELLE PEOPLES, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

TAMIRA Y. PEOPLES,
      Respondent-Appellant.

SC: 134327
COA: 272972
Ingham CC
Family Division: 00-627041-NA

_____/

      On order of the Court, the application for leave to appeal the June 7, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2007

_____
Clerk

s0717